*Friday, March 9, 2001*

## DISCIPLINARY DOCKET

**00–2287.  Disciplinary Counsel v. Pees.**
Upon consideration of respondent's motion requesting settlement conference,

IT IS ORDERED by the court that the motion requesting settlement conference be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**00–1210.  Dykes v. Gayton.**
Franklin App. No. 99AP–1073. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, March 12, 2001*

## MISCELLANEOUS DOCKET

**00–2315.  State v. Cass.**
Franklin App. No. 99AP–1422. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, March 15, 2001*

## MOTION DOCKET

**00–2117.  Bardes v. Todd.**
Hamilton App. No. C–000055. On March 6, 2001, appellee filed a memorandum opposing motion for reconsideration that was due, under S.Ct.Prac.R. XI(3)(A), no later than March 5, 2001. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte,* that appellee's memorandum opposing motion for reconsideration be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**01–118.  Roush v. Internatl. Material Control Sys., Inc.**
Fayette App. No. CA2000–02–007. This cause is pending before the court as a discretionary appeal. Upon consideration of the appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–459.  Riley v. St. Ann Catholic School.**
Cuyahoga App. No. 78129. On March 5, 2001, appellants filed a notice of appeal from the judgment of the court of appeals entered on December 21, 2000. S.Ct.Prac.R. II(2)(A)(1) requires that the notice of appeal be filed in the Supreme Court within forty-five days from the entry of the judgment being appealed. Whereas appellants have not filed a notice of appeal within the time for perfecting their